# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILLIAM EMRAL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BOBIT BUSINESS MEDIA INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-00741-HYJ-RSK<br><br>Chief Judge Hala Y. Jarbou |

## DEFENDANT'S MOTION TO DISMISS

### *** Oral Argument Requested ***

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and W.D. Mich. Local Rule 7.2, defendant Bobit Business Media, Inc. ("Bobit"), respectfully moves this Court to dismiss the Class Action Complaint (ECF No. 4, the "Complaint") filed by plaintiff William Emral.  Emral's claims are barred, in their entirety, by the applicable statute of limitations.  But even if there were a narrow window of time available for Emral to assert his claims, the Complaint fails to state a claim.  This Motion is supported by an accompanying brief.

| | |
|---|---|
| Dated: October 21, 2022 | Respectfully submitted,<br><br>/s/ Bryan K. Clark<br>Bryan K. Clark<br>bclark@vedderprice.com<br>VEDDER PRICE P.C.<br>222 North LaSalle Street<br>Chicago, IL  60601<br>(312) 609-7500<br><br>James R. Peterson (P43102)<br>petersonj@millerjohnson.com<br>MILLER JOHNSON PLC<br>45 Ottawa SW, Ste. 1100, P.O. Box 306<br>Grand Rapids, MI  49501-0306<br>(616) 831-1700<br><br>*Counsel for Bobit Business Media Inc.* |