UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM EMRAL,

    Plaintiff,

v.

                                   Case No. 1:22-cv-741

BOBIT BUSINESS MEDIA INC.,            Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

The Court having been advised by a telephone call on January 20, 2023, of the parties' agreement to settle this matter,

**IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **February 3, 2023**.  If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

Dated: January 23, 2023                    /s/ Hala Y. Jarbou
                                                             HALA Y. JARBOU
                                                             CHIEF UNITED STATES DISTRICT JUDGE